IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  05-40004-JLF |
| Plaintiff, | MINUTES OF PROCEEDINGS AND /OR MINUTE ORDER |
| vs. | DATE:   April 5, 2006 |
| DAVID W. WORTH (015), ROBBIE SHANNON HYATT (017), WILLIAM T. WEBB (021), ROLAND D. WALLER (022) and JOSEPH A. MUNTZER (023), | |
| Defendants. | |

**PRESENT:**   The Honorable James L. Foreman, District Judge

**COURTROOM DEPUTY:**  Vicki McGuire

All parties are hereby notified that the April 17, 2006 Final Pretrial as to Defendants David Worth, Robbie Hyatt, William Webb, Roland Waller and Joseph Muntzer will be held in Benton, Illinois, before District Judge J. Phil Gilbert.

NORBERT G.  JAWORSKI, CLERK OF COURT

By:   *s/Vicki McGuire*
       **Deputy Clerk**